Case 4:17-cv-00181   Document 52   Filed in TXSD on 10/23/17   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 23, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL J. BYNUM and CANADA HOCKEY LLC d/b/a EPIC SPORTS, | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. H-17-0181 |
| TEXAS A&M UNIVERSITY ATHLETIC DEPARTMENT; TEXAS A&M UNIVERSITY 12TH MAN FOUNDATION, BRAD MARQUARDT, in his individual capacity, ALAN CANNON, in his individual capacity, and LANE STEPHENSON, in his individual capacity, | § § § § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Magistrate Judge upon referral from the District Judge is Plaintiffs' Motion to Compel Jurisdictional Discovery from Defendant Texas A&M University Athletic Department (Document No. 46). In that motion, Plaintiffs seek an Order compelling discovery intended to show that Defendant Texas A&M University Athletic Department is an entity separate from Texas A&M University that is capable of being sued. Having considered the motion, Defendant's response, Plaintiffs' Reply, the jurisdictional issue(s) made the basis of Defendants' Motion to Dismiss, and the discovery requests at issue and Defendant's objections thereto, it is

ORDERED that Plaintiffs' Motion to Compel (Document No. 46) is GRANTED in PART and DENIED in PART. With respect to the requests for production at issue, Defendant's overbreadth and/or relevance objections to Nos. 2-9, 11,14, 15, 17, 19, 21-23 are all SUSTAINED. With respect to Nos. 16, 30, 32 and 33, Defendants' objections are OVERRULED, and Defendant

shall, within twenty-one days after the entry of this Order, provide documents responsive to Request for Production Nos. 16, 30, 32 and 33, which are more narrowly tailored, relevant to the jurisdictional and governmental immunity issues in the case, and proportional to the needs of the case and the consideration of Defendants' pending Motion to Dismiss. In that regard, it is further

ORDERED that any additional briefing on Defendant's Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim (Document No. 34) must be filed no later than November 30, 2017.

Signed at Houston, Texas, this 23rd day of October, 2017.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE