# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Canada Hockey LLC, et al.

v.  Case Number: 4:17−cv−00181

Texas A&M University Athletic
Department, et al.

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Frances H Stacy

**PLACE:** Courtroom 704
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 3/7/2018

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Motion Hearing

Date:   February 7, 2018

David J. Bradley, Clerk