United States District Court
Southern District of Texas
**ENTERED**
February 12, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL J. BYNUM and CANADA HOCKEY LLC d/b/a EPIC SPORTS, | § § § § § | |
| Plaintiffs | § | |
| v. | § § | Cause No. 4:17cv-00181 |
| TEXAS A&M UNIVERSITY ATHLETIC DEPARTMENT; TEXAS A&M UNIVERSITY 12TH MAN FOUNDATION; BRAD MARQUARDT, in his individual capacity; ALAN CANNON, in his individual capacity; LANE STEPHENSON, in his individual capacity, | § § § § § § § § | |
| Defendants | § § | |

## ORDER

The Court has considered the Unopposed Motion to Postpone Further Briefing on the University Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, and GRANTS the motion. Defendants Texas A&M University Athletic Department, Brad Marquardt, Alan Cannon and Lane Stephenson shall have 14 days after this Court's ruling on Plaintiffs' pending Motion for Leave to Amend Pleadings, to file a reply in support of their Motion to Dismiss Plaintiffs' First Amended Complaint.

The Honorable Melinda Harmon
United States District Judge