United States District Court
Southern District of Texas
**ENTERED**
March 08, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL J. BYNUM and CANADA HOCKEY LLC d/b/a EPIC SPORTS, | § § § |
| Plaintiffs, | § § |
| V. | §   CIVIL ACTION NO. H-17-0181 |
| TEXAS A&M UNIVERSITY ATHLETIC DEPARTMENT, ET AL., | § § § § |
| Defendants. | § § |

## ORDER

Pending and referred is Plaintiffs' Motion for Leave to Amend Pleadings (Document No. 61). A hearing was held on that motion on March 7, 2018. Having considered the motion, which seeks, in part, to add an unprecedented number of unknown "Joe Doe" defendants, the responses and additional briefing, the argument of counsel, and the pending dispositive motions, which challenge Plaintiff's ability to assert claims against Defendants already parties to this case, the undersigned concludes that judicial efficiency and economy weigh in favor of a resolution of the pending dispositive motions prior to the consideration, or allowance of, the proposed amended pleading. Accordingly, it is

ORDERED that Plaintiffs' Motion for Leave to Amend Pleadings (Document No. 61) is DENIED, but without prejudice to being re-filed or re-asserted following the Court's ruling on the pending dispositive motions. To the extent the Scheduling Order deadline for seeking leave to amend or join new parties may need to be extended, it will be.

Signed at Houston, Texas, this ___8___ day of March, 2018.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE