Case 4:17-cv-00181   Document 78   Filed in TXSD on 04/13/18   Page 1 of 1
Case 4:17-cv-00181   Document 57-1   Filed in TXSD on 12/22/17   Page 1 of 1

United States District Court
Southern District of Texas

**ENTERED**
April 13, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL J. BYNUM and CANADA HOCKEY LLC d/b/a EPIC SPORTS, | § § § § | |
| Plaintiffs, | § § | Cause No. 4:17-CV-00181 |
| v. | § § § | |
| TEXAS A&M UNIVERSITY ATHLETIC DEPARTMENT; TEXAS A&M UNIVERSITY; 12TH MAN FOUNDATION; BRAD MARQUARDT, in his individual capacity; ALAN CANNON, in his individual capacity; LANE STEPHENSON, in his individual capacity, | § § § § § § § § § § § | |
| Defendants | § | |

## ORDER GRANTING UNOPPOSED JOINT MOTION FOR ENTRY OF FURTHER BRIEFING SCHEDULE

The Court has considered the Unopposed Joint Motion for Entry of Further Briefing Schedule filed by the plaintiffs and Defendants Texas A&M University Athletic Department, Brad Marquardt, Alan Cannon and Lane Stephenson (the "University Defendants"), and has determined that the motion should be GRANTED.

Plaintiffs will have until January 16, 2018, to supplement their response to the University Defendants' Motion to Dismiss. The University Defendants will have until February 6, 2018, to file a reply in support of their Motion to Dismiss.

_____
THE HONORABLE MELINDA HARMON
UNITED STATES DISTRICT JUDGE