IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL J. BYNUM and CANADA HOCKEY LLC d/b/a EPIC SPORTS, | § § § § § § § § § § § § | |
| *Plaintiffs* | | |
| v. | | CIVIL ACTION NO. 4:17-CV-181 |
| TEXAS A&M UNIVERSITY ATHLETIC DEPARTMENT *et al.*, | | JURY TRIAL DEMANDED |
| *Defendants.* | | |

## JOINT MOTION TO ABATE SCHEDULING ORDER

Plaintiffs Michael J. Bynum and Canada Hockey LLC d/b/a Epic Sports, and Defendants Texas A&M University Athletic Department, Brad Marquardt, Alan Cannon, and Lane Stephenson (the "University Defendants") and Texas A&M University 12th Man Foundation file this joint motion to abate the Court's scheduling order (Dkt. No. 39) pending resolution of the threshold matters raised in Defendants' motions to dismiss. Because good cause exists to abate the current deadlines, the parties respectfully request the Court to grant this motion.

### DISCUSSION

This copyright case concerns claims for willful copyright infringement, violations of the Digital Millennium Copyright Act ("DMCA"), and unconstitutional takings of property. There are currently two motions to dismiss pending before the Court.[1] These motions have been thoroughly briefed by the parties.[2] But to date, the dismissal motions have not been decided.

---

[1] *See* Motion to Dismiss for Failure to State a Claim, May 17, 2017 (Dkt. No. 33); Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim, May 17, 2017 (Dkt. No. 34).

[2] *See* Response in Opposition to Motion to Dismiss for Failure to State a Claim, June 16, 2017 (Dkt. No. 40); Reply in Support of Motion to Dismiss for Failure to State a Claim, June 30, 2018 (Dkt. No. 43); Supplemental and Amended Response in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim, Jan. 16, 2018 (Dkt. No. 62); Reply in Support of Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim, Mar. 22, 2018 (Dkt. No. 77). Plaintiffs anticipate filing a brief surreply on the jurisdictional issues.

1

The parties agreed to conduct limited discovery on jurisdictional issues raised in the University Defendants' motion to dismiss, and this Court ultimately compelled the production of certain documents in this regard.[3]   Other than jurisdictional discovery, however, no other discovery has occurred.

Certain case deadlines are rapidly approaching, including Plaintiffs' expert reports on May 3, 2018; Defendants' expert reports on July 10, 2018; and the discovery cutoff on September 19, 2018.[4]  This joint motion asks the Court to abate the current scheduling order until the pending dismissal motions are decided, and allow the parties to submit a proposed amended scheduling order for the Court's consideration at that time.

A scheduling order "may be modified only for good cause and with the judge's consent." FED. R. CIV. P. 16(b)(4).  Good cause exists because allowing the Court to rule on the threshold issues raised in Defendants' motions to dismiss before engaging in further discovery will assist the parties and the Court in managing the case.  The parties have not yet retained expert witnesses, and may be able to avoid and/or limit the expense associated with particular areas of expert testimony depending on how the Court rules on the pending motions to dismiss.   No party objects to the abatement of the current scheduling order pending a ruling on these motions.

In sum, good cause exists to abate the current scheduling order until the pending motions to dismiss are ruled upon, and the Court should therefore grant this motion and permit the parties and the Court to revisit the appropriate deadlines for this case at that time.

## CONCLUSION

For the reasons set forth herein, Plaintiffs Michael J. Bynum and Canada Hockey LLC d/b/a Epic Sports, and Defendants Texas A&M University Athletic Department, Brad Marquardt,

---

[3] *See* Motion to Compel Jurisdictional Discovery, Aug. 4, 2017 (Dkt. No. 46), ¶ 3; Order Granting in Part and Denying in Part Motion to Compel Jurisdictional Discovery, Oct. 23, 2017 (Dkt. No. 52).
[4] *See* Scheduling Order, June 6, 2017 (Dkt. No. 39), ¶¶ 2–4.

Alan Cannon, Lane Stephenson, and Texas A&M University 12th Man Foundation respectfully request the Court to grant their joint motion to abate the scheduling order (Dkt. No. 39).

Respectfully submitted,

*/s/ Tim Johnson*
**LOCKE LORD LLP**
Tim Johnson
 S.D. Tex. No. 89
 State Bar No. 10797650
 tjohnson@lockelord.com
600 Travis Street, Suite 2800
Houston, Texas 77002
(713) 226-1200 (Telephone)
(713) 223-3717 (Facsimile)

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS MICHAEL J. BYNUM and CANADA HOCKEY LLC d/b/a EPIC SPORTS**

OF COUNSEL:

**LOCKE LORD LLP**
W. Scott Hastings
 S.D. Tex. No. 29932
 State Bar No. 24002241
 shasting@lockelord.com
2200 Ross Ave., Suite 2800
Dallas, Texas 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Facsimile)

Nicholas P. Dickerson
 S.D. Tex. ID No. 1122160
 Texas State Bar No. 24068560
 ndickerson@lockelord.com
600 Travis Street, Suite 2800
Houston, Texas 77002
(713) 226-1200 (Telephone)
(713) 223-3717 (Facsimile)

**BECK REDDEN LLP**
Joe W. Redden, Jr.
 S.D. Tex. No. 2139
 State Bar No. 16660600
 jredden@beckredden.com
Owen McGovern
 State Bar No. 24092804
 omcgovern@beckredden.com
1221 McKinney St., Suite 4500
Houston, Texas 77010-2010
Phone: (713) 951-3700
Fax: (713) 951-3720

| | |
|---|---|
| */s/ Robert S. Harrell* w/ perm NPD<br>Robert S. Harrell<br>  S.D. Tex. No. 6690<br>  State Bar No. 09041350<br>  rharrell@mayerbrown.com<br>700 Louisiana, Suite 3400<br>Houston, Texas 77004<br>(713) 238-2700 (Telephone)<br>(713) 238-4888 (Facsimile)<br><br>**ATTORNEY-IN-CHARGE FOR DEFENDANT TEXAS A&M UNIVERSITY 12TH MAN FOUNDATION** | */s/ Melissa Mather* w/ perm NPD<br>H. Melissa Mather<br>Assistant Attorney General<br>Financial Litigation & Charitable Trusts Division<br>melissa.mather@oag.texas.gov<br>P.O. Box 12548<br>Austin, Texas 78711<br>(512) 475-2540 (Telephone)<br>(512) 477-2348 (Facsimile)<br><br>**ATTORNEY-IN-CHARGE FOR DEFENDANTS TEXAS A&M UNIVERSITY ATHLETIC DEPARTMENT, BRAD MARQUARDT, ALAN CANNON and LANE STEPHENSON** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record via the Court's CM/ECF system and/or by certified mail, return receipt requested, on this 16th day of April, 2018.

　　　　　　　　　　　　　　　　　　*/s/ Nicholas Dickerson*
　　　　　　　　　　　　　　　　　　Nicholas P. Dickerson

68421730v.2 0028576/00001