IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL J. BYNUM and CANADA HOCKEY LLC d/b/a EPIC SPORTS, | § § § | |
| *Plaintiffs* | § § | |
| v. | § § | CIVIL ACTION NO. 4:17-CV-181 |
| TEXAS A&M UNIVERSITY ATHLETIC DEPARTMENT *et al.*, | § § § § | JURY TRIAL DEMANDED |
| *Defendants*. | § | |

## ORDER GRANTING JOINT MOTION TO ABATE SCHEDULING ORDER

On this day, the Court considered the parties' Joint Motion to Abate Scheduling Order. After reviewing the motion along with any responses and all other pleadings, any arguments of counsel, and any other evidence on file, the Court is of the opinion that the motion is well taken and should be, and hereby is, GRANTED. It is therefore

ORDERED that all deadlines and settings in the current Scheduling Order (Dkt. No. 39) are hereby ABATED until Defendants' outstanding motions to dismiss (Dkt. Nos. 33 & 34) are decided.

SIGNED this _____ day of _____, 2018

_____
JUDGE PRESIDING