# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Canada Hockey LLC, et al. | § § | |
| *versus* | § § | Case Number: 4:17–cv–00181 |
| Texas A&M University Athletic Department, et al. | § § | |

# Notice of Reassignment

    Pursuant to General Order No. 2018−10, this case is reassigned to the docket of United States District Judge Andrew S Hanen. Deadlines in scheduling orders remain in effect

Date: July 13, 2018

David J. Bradley, Clerk