United States District Court
Southern District of Texas

**ENTERED**
October 03, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL J. BYNUM and CANADA HOCKEY LLC d/b/a/ EPIC SPORTS, Plaintiffs, | § § § § | CIVIL NO. 4:17-CV-00181 |
| vs. | § § | |
| TEXAS A&M UNIVERSITY ATHLETIC, DEPARTMENT; TEXAS A&M UNIVERSITY 12TH MAN FOUNDATION; and BRAD MARQUARDT; ALAN CANNON; and LANE STEPHENSON in their individual capacities, Defendants. | § § § § § § § § § § § | |

## ORDER FOR MEDIATION

All parties are hereby **ORDERED** to mediate all claims associated with this action. The parties may jointly select a mediator. In the event that the parties cannot agree upon a mediator, the Court will appoint one.

Mediation must take place within 60 days from this Order. Counsel for each party is ordered to attend the mediation with someone who has the authority to bind and settle on behalf of the party. All motions in this case are stayed pending completion of mediation.

Signed this the 3rd day of October, 2018.

_____
ANDREW S. HANEN
United States District Judge