United States District Court
Southern District of Texas
**ENTERED**
November 27, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CANADA HOCKEY LLC; dba EPIC SPORTS, *et al*, | § § § § |
| Plaintiffs, | § |
| VS. | §    CIVIL ACTION NO. 4:17-CV-181 |
| | § § |
| TEXAS A&M UNIVERSITY ATHLETIC DEPARTMENT, *et al*, | § § § |
| Defendants. | § § |

### ORDER

The Court hereby **GRANTS** Plaintiffs' Motion to Reconsider Mediation Order [Doc. No. 84] and orders this case **STAYED** until February 15, 2019 pending settlement discussions between the parties.

By February 15th, the parties shall send a joint letter informing the Court whether the parties have a settlement agreement, need more time to work out an agreement, or are unable to reach an agreement. If the parties are unable to reach a settlement agreement, the parties should include a proposed scheduling order with their joint letter.

Signed this 27th day of November, 2018.

Andrew S. Hanen
United States District Judge