## BOOK PUBLISHING AGREEMENT

This agreement hereby confirms that Michael J. Bynum ("Bynum") in 1997 had retained Whit Canning ("Canning"), a sportswriter from Fort Worth, Texas, to write a feature story on E. King Gill and a sidebar story on the January 2, 1922, Dixie Classic, and three feature stories on Doak Walker, Matty Bell and Kyle Rote for use in a pair of books on Texas A&M and SMU football (the "Stories").

Canning acknowledges that he was paid a initial fee of $2,500 in 1997 for these five Stories, with a future payment of $2,500 to be paid when the five Stories were to be published.

Canning also acknowledges that the copyright, and all rights therein, both known and unknown, to these five Stories were assigned to Bynum when the five Stories were originally delivered in 1997 to Bynum, and that such assignment is final.

Canning acknowledges that his work on the five Stories has been done on a "Work for Hire" basis and that all content in these five stories is original and was created entirely by Canning.

Bynum now intends to publish the five Stories in a pair of books on Texas A&M and SMU football and has issued a second payment of $2,500 to Canning, which he acknowledges receiving.

This agreement is dated the _5th_ day of _February_, 2014.

SIGNED BY: _Whit Canning_

WITNESSED BY: _Brenda Canning_

AGREED AND ACCEPTED BY:

_Michael J. By_

Michael J. Bynum



EXHIBIT

6

W. Canning