IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL J. BYNUM and CANADA HOCKEY LLC d/b/a EPIC SPORTS<br>    Plaintiffs, | §<br>§<br>§<br>§ | |
| v. | § | Cause No. 4:17-CV-00181 |
| BRAD MARQUARDT,<br>in his individual capacity,<br>    Defendant. | §<br>§<br>§<br>§ | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Brad Marquardt hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's Order of September 4, 2020 [Dkt. No. 179] denying Defendant Brad Marquardt's Motion for Summary Judgment based on qualified immunity [Dkt. No. 143], and the orders and ruling merged into that order, including the Court's Order of March 29, 2019 [Dkt. No. 96] denying Defendant Brad Marquardt's Motion to Dismiss based on qualified immunity [Dkt. No. 34].

Dated: October 2, 2020

        Respectfully submitted.

        KEN PAXTON
        Attorney General of Texas

        JEFFREY C. MATEER
        First Assistant Attorney General

        RYAN L. BANGERT
        Deputy First Assistant Attorney General

        DARREN L. MCCARTY
        Deputy Attorney General for Civil Litigation

        JOSHUA R. GODBEY
        Division Chief
        Financial Litigation and Charitable Trusts Division

        */s/ H. Melissa Mather*
H. Melissa Mather
Southern District Bar No. 1476779
Assistant Attorney General
Telephone: (512) 475-2540
melissa.mather@oag.texas.gov
Lea N. Brigtsen
Assistant Attorney General
Southern District Bar No. 876846
Telephone: (512) 475-4476
lea.brigtsen@oag.texas.gov
Financial Litigation and Charitable Trusts Division
P.O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-2540
Facsimile: (512) 477-2348

*Counsel for Defendant Brad Marquardt*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2020, a true and correct copy of the foregoing *Notice of Appeal* was electronically served through the CM/ECF system on all counsel of record.

        */s/ H. Melissa Mather*
        H. Melissa Mather