United States District Court
Southern District of Texas
**ENTERED**
July 07, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL J. BYNUM AND CANADA HOCKEY LLC d/b/a EPIC SPORTS<br>*Plaintiff*<br>v.<br><br>BRAD MARQUARDT,<br>in his individual capacity<br>*Defendant* | CIVIL NO. 4:17-cv-00181 |

## AMENDED SCHEDULING ORDER

1. Trial: Estimated time to try: 3-4 days.     ☐ Bench    **X** Jury

2. The parties will initiate paper discovery immediately.

3. Depositions of fact witnesses is to be completed **120 days** following the Fifth Circuit's ruling on all matters of this case that are currently pending on appeal (Case No. 20-20503).

4. The plaintiff's experts will be named with a report furnished **165 days** after the Fifth Circuit's ruling.

5. The defendant's experts must be named with a report furnished **195 days** after the Fifth Circuit's ruling.

6. The plaintiff's amended pleadings will be filed within **150 days** of the Fifth Circuit's ruling (including the addition of any parties).

7. The defendant's amended pleadings will be filed within **195 days** of the Fifth Circuit's ruling.

8. All discovery must be completed within **240 days** of the Fifth Circuit's ruling.

9. Dispositive motions will be filed within **300 days** of the Fifth Circuit's ruling.

1

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*The Court will provide these dates. \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

10. Joint pretrial order is due:     To be decided
    *The plaintiff is responsible for filing the pretrial order on time.*

11. Final Pretrial Conference is set for **1:30 p.m.** on:     To be decided

12. Trial is set for **9:00 a.m.** on:     To be decided
    *The case will remain on standby until tried.*

Signed this the ___7th___ day of ___July___, 2021.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE