United States Courts
Southern District of Texas
FILED
March 08, 2022
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
FILED
February 14, 2022
Lyle W. Cayce
Clerk

No. 20-20503

CANADA HOCKEY, L.L.C., *doing business as* EPIC SPORTS; MICHAEL J. BYNUM,

*Plaintiffs—Appellants,*

versus

TEXAS A&M UNIVERSITY ATHLETIC DEPARTMENT; ALAN CANNON; LANE STEPHENSON, *in his individual capacity*,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-3121
USDC No. 4:17-CV-181

JUDGMENT ON PETITION FOR REHEARING

Before OWEN, *Chief Judge*, SMITH and GRAVES, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

No. 20-20503

IT IS FURTHER ORDERED that Appellants pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on **Mar 08, 2022**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 08, 2022

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 20-20503    Canada Hockey v. Texas A&M Univ
                             USDC No. 4:20-CV-3121
                             USDC No. 4:17-CV-181

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Shawn D. Henderson, Deputy Clerk
                                      504-310-7668

cc:
    Mrs. Lea Norkus Brigtsen
    Ms. Elaine Goldenberg
    Ms. H. Melissa Mather
    Mr. Owen Joseph McGovern
    Mr. Leif A. Olson
    Mr. Joe W. Redden Jr.
    Mr. Jacob M. Rosen
    Mr. Zachary Tripp
    Ms. Nancy E. Wolff