UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:17-cv-00181 |
|---|---|---|---|

| Canada Hockey LLC |
|---|
| *versus* |
| Texas A&M University Athletic Department et al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Stephen M. Doniger, Esq.<br>DONIGER / BURROUGHS<br>603 Rose Avenue<br>Venice, CA 90291<br>(310) 590-1820<br>CA, 179314 |
|---|---|

| Name of party applicant seeks to appear for: | Canada Hockey LLC, Michael J Bynum |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/28/2022 | Signed: |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**       This lawyer is admitted *pro hac vice.*

Dated: _____       _____
                                                                           United States District Judge