IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL J. BYNUM AND CANADA HOCKEY LLC d/b/a EPIC SPORTS<br>    *Plaintiff*<br>v.<br><br>BRAD MARQUARDT,<br>in his individual capacity<br>    *Defendant* | § § § § § § § § | CIVIL NO. 4:17-cv-00181 |

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER

On this day, the Court considered Defendant Brad Marquardt's Motion for Leave to File First Amended Answer. After reviewing Defendant's Motion along with Plaintiffs' responses and all other pleadings, any arguments of counsel, and any other evidence on file, the Court is of the opinion that the Motion is well taken and should be GRANTED. It is therefore

ORDERED that Defendant's Motion for Leave to File First Amended Answer is GRANTED and that the First Amended Answer filed with Defendant's Motion as Exhibit A is deemed filed with the Court.

SIGNED this ___ day of _____, 2022

_____
Honorable Andrew S. Hanen
United States District Judge