IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL J. BYNUM and <br> CANADA HOCKEY LLC <br> d.b.a. EPIC SPORTS, <br>    *Plaintiffs,* <br> <br> v. <br> <br> BRAD MARQUARDT, <br>    *Defendant.* | § § § § § § § § § § | Civil Cause No. 4:17-cv-00181 |

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

COME NOW Plaintiffs in the instant case and move this Court to amend its current scheduling order [ECF Doc. 221] to allow for proper discovery to be completed. Plaintiffs respectfully request that the Court sign and enter the proposed Amended Scheduling Order filed concurrently with this Motion.

Respectfully submitted,

Norred Law, PLLC

/s/ Warren V. Norred
Warren V. Norred
Texas Bar No. 24045094
warren@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Tel. (817) 704-3984
*Attorney-in-charge for Plaintiffs*

**CERTIFICATE OF SERVICE** - I certify that the above was served on Julie Ford, counsel for Defendants, via the Court's e-file system on August 15, 2022. /s/Warren V. Norred

**CERTIFICATE OF CONFERENCE** - I certify that on August 15, 2022, I conferred via email with Julie Ford, counsel for Defendants, who advised that her clients did not oppose this motion, or the relief sought herein. /s/Warren V. Norred