UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL J. BYNUM and | § | |
| CANADA HOCKEY LLC | § | |
| d.b.a. EPIC SPORTS, | § | |
| *Plaintiffs,* | § | |
| | § | |
| *versus* | § | Civil Cause No. 4:17-cv-00181 |
| | § | |
| BRAD MARQUARDT, | § | |
| *Defendant.* | § | |

**Proposed Amended Scheduling Order**

1. Trial:  Estimated time to try: <u>3-4</u> days.                    ☐ Bench    **X** Jury

2. New parties must be joined by:                                        November 23, 2022
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    December 16, 2022

4. The defendant's experts must be named with a report furnished by:   February 6, 2023

5. Discovery must be completed by:                                       March 6, 2023
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                                 March 27, 2023
   Response due by:                                                      April 17, 2023

   Non-Dispositive Motions will be filed by:                             March 13, 2023

********************   The Court will provide these dates.   ********************

7. Joint pretrial order is due:                                          _____
   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:                    _____

9.  Jury Selection is set for 9:00 a.m. on:*					_____

The case will remain on standby until tried.

        Signed this the _____ day of _____, 20____.


                                       _____
                                       Andrew S. Hanen
                                       United States District Judge