UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Canada Hockey LLC, et al.

v.   Case Number: 4:17–cv–00181

Texas A&M University Athletic
Department, et al.

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew S Hanen

**PLACE:**
by telephone
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 10/26/2022

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   October 24, 2022

Nathan Ochsner, Clerk