United States District Court
Southern District of Texas
**ENTERED**
November 02, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL J. BYNUM and CANADA HOCKEY LLC d/b/a EPIC SPORTS § § § | | |
| Plaintiffs, § | | |
| v. § | Cause No. 4:17-CV-00181 | |
| § | | |
| BRAD MARQUARDT, in his individual capacity, § § § | | |
| Defendant. § | | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Came on for consideration the Unopposed Motion to Withdraw as Counsel for Defendant Brad Marquardt. After considering the pleadings and papers on file in this case, the Court finds the motion should be granted.

IT IS THEREFORE ORDERED that Lea Brigtsen and Joshua Eames-Cepero are to be withdrawn from this case and Julie Ford is to be designated as lead attorney to be noticed. FURTHERMORE, Lea Brigtsen and Joshua Eames-Cepero are to be removed from all further electronic communications regarding this case.

Signed this 1st day of November, 2022

Honorable Andrew S. Hanen
United States District Judge