IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL J. BYNUM | § | |
| CANADA HOCKEY LLC, | § | |
|   d/b/a EPIC SPORTS | § | CIVIL ACTION NO. 17-181 |
|     Plaintiffs | § | |
| VS | § | |
| | § | |
| TEXAS A&M UNIVERISTY | § | |
|   ATHLETIC DEPARTMENT, ET AL, | § | |

## NOTICE OF TELEPHONE STATUS CONFERENCE

The parties in this matter are hereby notified that a status conference has been set by telephone on November 30, 2022 at 10:00 AM. Instructions for calling the Court are as follow:

| | |
|---|---|
| Telephone Number: | 713-250-5817 |
| Conference ID         : | 45817# |
| Conference Password: | 13579# |

**NOTE:** **ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENT OF THIS NOTICE.**

Date: November 16, 2022                                    Nathan Ochsner, Clerk of Court

                                                                                                                 By: R. Hawkins, Case Manager