United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Canada Hockey LLC, et al. | § § | |
| v. | § § | Civil Action 4:17−cv−00181 |
| Texas A&M University Athletic Department, et al. | § § | |

## Notice of Referral

The following motion is referred to Magistrate Judge Sam S. Sheldon:

Motion to Stay − #260

Date: February 16, 2023.

Nathan Ochsner, Clerk

By: R. Hawkins, Deputy Clerk