United States District Court
Southern District of Texas
**ENTERED**
February 16, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL J. BYNUM and CANADA HOCKEY LLC d/b/a EPIC SPORTS, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD MARQUARDT, JASON COOK, MATT CALLAWAY, MATT SIMON, and KRISTA SMITH, <br><br> Defendants. | No. 4:17-cv-00181 <br> Hon. Andrew S. Hanen |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR STAY OF ALL DEADLINES CONTAINED IN SCHEDULING ORDER [DOC. 246]

The Court has considered the Unopposed Motion for Stay of All Deadlines filed by Plaintiffs Michael J. Bynum and Canada Hockey LLC, doing business as Epic Sports, which seeks a stay of all deadlines contained the Scheduling Order [Doc. 246], pending a ruling on Plaintiffs' Opposed Motion to Amend and Add Parties [Doc. 256].

The Court concludes that the Motion for Stay of All Deadlines is due to be granted. Although the Court stayed the deadlines for the designation of experts at the status conference held on November 30, 2022, other deadlines remain in the operative Scheduling Order. The Court agrees that a revised scheduling order will be appropriate to accommodate any new dynamics resulting from the Court's ruling on the pending Opposed Motion to Amend.

The Court takes notice that Defendant Brad Marquardt does not oppose the requested stay of all deadlines.

It is therefore ORDERED that Plaintiffs' Unopposed Motion for Stay of All Deadlines is GRANTED, and the parties are DIRECTED to submit a proposed revised scheduling order within _____ days of the Court's ruling on the Opposed Motion to Amend.

SIGNED this \_\_16th\_\_ day of \_\_February\_\_, 2023.

Sam Sheldon
United States Magistrate Judge