# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL J. BYNUM AND CANADA HOCKEY LLC d/b/a EPIC SPORTS, | § § § | |
| PLAINTIFFS, | § § | |
| v. | § § | CIVIL ACTION NO. 4:17-CV-00181 |
| BRAD MARQUARDT, in his individual capacity, | § § § § | |
| DEFENDANT. | § § § | |

## ORDER GRANTING DEFENDANT'S RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS

ON THIS DAY, the Court considered Defendant's Rule 12(C) Motion for Judgment on the Pleadings filed by Defendant Brad Marquardt, in his individual capacity. After considering the Motion, Plaintiffs' Response, Defendant's Reply, and the arguments of counsel, if any, the Court is of the opinion that the Motion is meritorious in all respects, and should be, and hereby is, GRANTED.

Therefore, it is ORDERED that Defendant's Rule 12(C) Motion for Judgment on the Pleadings is GRANTED.

Signed on this _____ day of _____, 2025.

_____
THE HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE