United States District Court
Southern District of Texas
**ENTERED**
April 18, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL J. BYNUM AND CANADA HOCKEY LLC d/b/a EPIC SPORTS<br>*Plaintiffs*<br><br>v.<br><br>BRAD MARQUARDT,<br>in his individual capacity<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:17-cv-00181<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT BRAD MARQUARDT'S MOTION FOR SUMMARY JUDGMENT

Having considered the Unopposed Motion for Extension of Time to File Response to Defendant Brad Marquardt's Rule 12(C) Motion for Judgment on the Pleadings (the "Motion") filed by Plaintiffs Michael J. Bynum and Canada Hockey, LLC d/b/a Epic Sports,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Plaintiffs' deadline to respond to Defendant Brad Marquardt's Rule 12(C) Motion for Judgment on the Pleadings is extended by and through **May 16, 2025**.

SIGNED this ___16th___ day of April, 2025.

Andrew S. Hanen
United States District Judge